JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CHRISTOPHER WHITE, | Case No. CV 10-5983-JFW (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DOMINGO URIBE, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 7, 2012

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE